In the Matter of the Arbitration of the Claim of ALBERT D. SMITH & COMPANY against HATHAWAY MANUFACTURING COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NATHAN GOLDSTEIN, an Infant, etc., v. CHARLES DENHART. SAM GOLDSTEIN v. CHARLES DENHART. IDA GOLDSTEIN v. CHARLES DENHART.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE BRADFORD COMPANY v. JAMES H. DUNN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MINER-EDGAR COMPANY v. NORTH RIVER INSURANCE COMPANY.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JERRY J. VOGEL v. JOHN FRANKLIN MUSIC Co., INC., and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of BENJAMIN FRANKEL for Leave to Transfer to the Second Department.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EVELYN HART.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FREDERIC B. SHIPLEY v. CHARLES SCHMITZER, Doing Business, etc.— Motion denied, with ten dollars costs. Sections 278–283 of the Civil Practice Act relate solely to. motions formerly called demurrers. (255 Fifth Avenue Corporation v. Freeman, 120 Misc. 472.) Hence, section 282 of said act does not apply to a motion to dismiss a complaint made under rule 107, subdivision 6, and service of an answer to a complaint to which such a motion has been addressed would not be deemed an abandonment of such motion. Defendant does not, therefore, require an extension of time to answer pending an appeal from the order denying such motion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOHN S. KEDROVSKY v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others. PLATON ROZDESTVENSKY and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH ADORNATO.— Motion granted, upon condition that appellant procure the record on appeal to be filed on or before July 17, 1928, and the appellant's points to be filed so that appeal can be argued on the 2d day of October, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ALICE KIGGINS v. JOSEPH A. BURGUN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

DAISY GARRISON v. CARRIE M. SCHMUCK.— Motion denied, with leave to defendant to apply at Special Term for the relief sought. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RICHARD R. NEWMAN v. OLD DOMINION DISTILLERS CORPORATION, a Foreign Corporation.—Application granted. Present — Dowling, P. J., Merrell, Finch McAvoy and O'Malley, JJ.